UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MALIBU MEDIA, LLC,

         Plaintiff,

  vs.

JOHN DOES 1-11,

         Defendants.

------------------------------------------------------------X

Civil Action No. 2:12-cv-01150-LDW-GRB

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 15 2012 ★
LONG ISLAND OFFICE

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 2 THROUGH 11

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntary dismisses John Does 2 through 11 who were assigned the IP addresses: 74.108.117.86, 71.125.243.139, 70.104.139.39, 173.68.91.142, 108.46.182.66, 108.14.252.185, 74.89.206.165, 69.117.146.77, 24.184.80.165 and 173.2.162.182, without prejudice from this case.

DATED this 5th day of May, 2012.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
NY Bar No. 4286829
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

SO ORDERED.

Dated: Central Islip, N.Y.

5/15 2012

_____
Leonard D. Wexler
U.S. District Judge

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.